**WEATHER–SEAL MANUFACTURING CO.,** Petitioner, v. **COMMISSIONER OF IN-TERNAL REVENUE,** Respondent.

No. 11482.

United States Court of Appeals
Sixth Circuit.

Oct. 22, 1952.

David H. Wilson, Akron, Ohio, for petitioner.

Charles S. Lyon, Ellis N. Slack, and I. Henry Kutz, Washington, D. C., for respondent.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision of the Tax Court be and the same is hereby affirmed. 16 T.C. 1312.